HELEN EISENSTEIN, Appellant, *v.* ABRAHAM STERN, Doing Business as S. & A. STERN, Respondent.

Submitted April 10, 1950; decided May 18, 1950.

*Nathan A. Markowitz* and *M. W. Markowitz* for appellant.
*Donald L. Newborg* and *Charles H. Meyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.